# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KEISHA L. HORTON,

                Plaintiff,                              19 **CIVIL** 8944 (SN)

       -against-                                 **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated March 30, 2021, Horton's motion is GRANTED, and the Commissioner's motion is DENIED. The matter is REMANDED for further proceedings consistent with the opinion.

**Dated:**  New York, New York
          March 30, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                           **BY:**    *K. Mango*

                                                       **Deputy Clerk**